STATE OF NEBRASKA, APPELLEE, V.
BHUPINDER M. GANGAHAR, APPELLANT.

621 N.W. 2d 305

Filed January 19, 2001.   No. S-99-968.

Glenn A. Shapiro, of Gallup & Schaefer, for appellant.

Don Stenberg, Attorney General, and Susan J. Gustafson for appellee.

HENDRY, C.J., WRIGHT, CONNOLLY, GERRARD, STEPHAN, McCORMACK, and MILLER-LERMAN, JJ.

McCormack, J.

Having reviewed the briefs and record and having heard oral arguments, we conclude on further review that the decision of the Nebraska Court of Appeals in *State v. Gangahar*, 9 Neb. App. 205, 609 N.W.2d 690 (2000), is correct and accordingly affirm the decision of the Court of Appeals.

AFFIRMED.